UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE

| | |
|---|---|
| **RICHARD VAUGHN,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. 3:15-cv-154 |
| v. ) | |
| ) | Jury Demand |
| **THE LINCOLN NATIONAL LIFE** ) | |
| **INSURANCE COMPANY,** ) | Electronically Filed |
| ) | |
| Defendant. ) | |

## JOINT NOTICE OF SETTLEMENT

**PLEASE TAKE NOTICE** that the Plaintiff, Richard Vaughn, and the Defendant, The Lincoln National Life Insurance Company, hereby provide notice that the parties have agreed to resolve Plaintiff's claims. The parties anticipate consummating the settlement and filing a Stipulation of Dismissal with the Court within the next 45 days.

Dated: February 24, 2016.

Respectfully submitted,

/s/ Jay B. Jackson (w/ permission JS)
Jay B. Jackson (BPR No. 16745)
Mitchell & Mitchell
P.O. Box 1336
Murfreesboro, Tennessee 37130
(615) 896-4211
jay.jackson@mitchellattorneys.com

*Attorney for Plaintiff Richard Vaughn*

/s/ John M. Scannapieco
John M. Scannapieco (BPR No. 14473)
Martha L. Boyd (BPR No. 22029)
BAKER DONELSON BEARMAN
    CALDWELL & BERKOWITZ, P.C.
211 Commerce Street, Suite 800
Nashville, Tennessee 37201
(615) 726-5648
jscannapieco@bakerdonelson.com
mboyd@bakerdonelson.com

*Attorneys for Defendant The Lincoln National Life Insurance Company*

## CERTIFICATE OF SERVICE

    I hereby certify that a true and correct copy of the foregoing was served electronically by operation of the Court's electronic filing system or by U.S. first class mail, postage pre-paid to Jay B. Jackson, Esq., Mitchell & Mitchell, P.O. Box 1336, Murfreesboro, TN 37130 on this 24th day of February, 2016.

/s/ John M. Scannapieco
John M. Scannapieco