IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| RICHARD VAUGHN ) | |
| ) | |
| v. ) | NO. 3-15-0154 |
| ) | JUDGE CAMPBELL |
| THE LINCOLN NATIONAL LIFE ) | |
| INSURANCE CO. ) | |

ORDER

The parties have filed a Joint Notice of Settlement (Docket No. 16), indicating that they have agreed to resolve Plaintiff's claims in this case. Accordingly, the parties shall submit an Agreed Order of Dismissal by April 10, 2016.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE