UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE

| | |
|---|---|
| **RICHARD VAUGHN,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) No. 3:15-cv-154 |
| v. | ) |
| | ) Jury Demand |
| **THE LINCOLN NATIONAL LIFE** | ) |
| **INSURANCE COMPANY,** | ) Electronically Filed |
| | ) |
| Defendant. | ) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, the Plaintiff, Susan Hart, and the Defendant, The Lincoln National Life Insurance Company, hereby stipulate that this action is hereby dismissed with prejudice to the refiling of the same.

Each party shall bear their own attorneys' fees and costs.

Dated: April 8, 2016.

                                      Respectfully submitted,

                                      /s/ Jay B. Jackson (w/ permission JS)
                                      Jay B. Jackson (BPR No. 16745)
                                      Mitchell & Mitchell
                                      P.O. Box 1336
                                      Murfreesboro, Tennessee 37130
                                      (615) 896-4211
                                      jay.jackson@mitchellattorneys.com

                                      *Attorney for Plaintiff Richard Vaughn*

/s/ John M. Scannapieco
John M. Scannapieco (BPR No. 14473)
Martha L. Boyd (BPR No. 22029)
BAKER DONELSON BEARMAN
    CALDWELL & BERKOWITZ, P.C.
211 Commerce Street, Suite 800
Nashville, Tennessee 37201
(615) 726-5648
jscannapieco@bakerdonelson.com
mboyd@bakerdonelson.com

*Attorneys for Defendant The Lincoln National Life Insurance Company*

## CERTIFICATE OF SERVICE

    I hereby certify that a true and correct copy of the foregoing was served electronically by operation of the Court's electronic filing system or by U.S. first class mail, postage pre-paid to Jay B. Jackson, Esq., Mitchell & Mitchell, P.O. Box 1336, Murfreesboro, TN 37130 on this 8th day of April, 2016.

/s/ John M. Scannapieco
John M. Scannapieco