IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| RICHARD VAUGHN | ) |
| | ) |
| v. | ) NO. 3-15-0154 |
| | ) JUDGE CAMPBELL |
| THE LINCOLN NATIONAL LIFE | ) |
| INSURANCE COMPANY | ) |

ORDER

The parties have filed a Stipulation of Dismissal with Prejudice (Docket No. 18).

Accordingly, this action is DISMISSED, and the Clerk is directed to close the file.

The pretrial conference set for July 25, 2016, and the jury trial set for August 2, 2016, are

canceled. This Order shall constitute the final judgment in this case pursuant to Fed. R. Civ. P. 58.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE