UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| RICHARD VAUGHN ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 3:15cv00154 |
| ) | |
| ) | Judge Campbell |
| LINCOLN NATIONAL LIFE ) | |
| INSURANCE COMPANY, et al. ) | |
| ) | |
| Defendants. | |

ENTRY OF JUDGMENT

Judgment is hereby entered for purposes of Rule 58(a) and/or Rule 79(a) of the Federal Rules of Civil Procedure on April 8, 2016 as to Order entered on 4/8/2016 at DE 19.

KEITH THROCKMORTON, CLERK

s/ Hannah B. Blaney